IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Clesceri, Ned | Case Number: 07 B 00733 |
|---|---|---|
| | Clesceri, Shirley M | Judge: Wedoff, Eugene R |
| | Printed: 7/8/08 | Filed: 1/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 12, 2008
Confirmed: March 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 96,340.22 | |
| Secured: | | 0.00 |
| Unsecured: | | 81,950.06 |
| Priority: | | 0.00 |
| Administrative: | | 1,000.00 |
| Trustee Fee: | | 4,680.06 |
| Other Funds: | | 8,710.10 |
| Totals: | 96,340.22 | 96,340.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Prato & Associates | Administrative | 1,000.00 | 1,000.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 6,461.66 | 7,179.62 |
| 4. | ECast Settlement Corp | Unsecured | 620.05 | 688.94 |
| 5. | Resurgent Capital Services | Unsecured | 3,582.62 | 3,980.69 |
| 6. | Bank Of America | Unsecured | 9,169.66 | 10,188.51 |
| 7. | ECast Settlement Corp | Unsecured | 2,755.89 | 3,062.10 |
| 8. | Resurgent Capital Services | Unsecured | 15,310.22 | 17,011.36 |
| 9. | Resurgent Capital Services | Unsecured | 2,202.49 | 2,447.21 |
| 10. | ECast Settlement Corp | Unsecured | 1,727.93 | 1,919.92 |
| 11. | West Suburban Bank | Unsecured | 8,049.29 | 8,943.65 |
| 12. | Resurgent Capital Services | Unsecured | 8,210.43 | 9,122.70 |
| 13. | General Motors Acceptance Corp | Unsecured | 15,996.84 | 3,757.00 |
| 14. | ECast Settlement Corp | Unsecured | 12,283.52 | 13,648.36 |
| 15. | Thrivent Financial Bank | Unsecured | | No Claim Filed |
| 16. | Thrivent Financial Bank | Unsecured | | No Claim Filed |
| | | | $ 87,370.60 | $ 82,950.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 4,987.38 |
| 6.5% | (307.32) |
| | $ 4,680.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Clesceri, Ned<br>              Clesceri, Shirley M<br>              Printed:  7/8/08 | Case Number:  07 B 00733<br>Judge:  Wedoff, Eugene R<br>Filed:  1/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

